```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

DOUGLAS LEE PARRIS,                  *

    Plaintiff,                   *

vs.                                  *
                                        CASE NO. 4:12-CV-330 (CDL)
Officer CHARLES WEAVER, et al.,      *

    Defendants.                  *

## ORDER ON RECOMMENDATION OF DISMISSAL

This matter is before the Court pursuant to a Recommendation of Dismissal as to Defendants Rickey Boren, Julia Slater, and Letitia Sikes by the United States Magistrate Judge entered on January 2, 2013. None of the parties has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 8th day of February, 2013.

                                                s/Clay D. Land
                                                CLAY D. LAND
                                                UNITED STATES DISTRICT JUDGE